## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF MASSACHUSETTS
### EASTERN DIVISION

|  |  |
|---|---|
| In re:<br><br>ANTHONY T KELLER<br><br>Debtor | Chapter 7<br>Case No. 16-10616-MSH |

### ORDER ON MOTION FOR RELIEF FROM STAY

At Boston in said District this 24th day of May, 2016.

The Motion for Relief from the Automatic Stay of HSBC Bank USA, N.A., as Trustee on behalf of the holders of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-AR2, [# 33] having come before me, due notice having been given, no objection thereto having been filed or if filed said objection having been withdrawn or overruled, and good cause appearing to me therefor, it is hereby

ORDERED that HSBC Bank USA, N.A., as Trustee on behalf of the holders of Deutsche Bank Alt-A Securities Mortgage Loan Trust, Mortgage Pass Through Certificates, Series 2007-AR2,, including its successors and assigns, is granted relief from the automatic stay provisions of 11 U.S.C. § 362 for the purpose of exercising its rights under its agreements with the debtor, including foreclosing its mortgage, or accepting a deed in lieu of foreclosure on the property located at 12 Earl Street, South Boston, MA 02127, more particularly described in the Motion, and if necessary bringing eviction proceedings against the debtor, all in accordance with applicable state and federal law.

By the Court,

_____
Melvin S. Hoffman
U.S. Bankruptcy Judge